■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACEY R. CASTOR, Appellant. (Appeal No. 2.) [951 NYS2d 435]—

It is hereby ordered that the order so appealed from is unanimously reversed on the law and the matter is remitted to Onondaga County Court for a hearing on the motion in accordance with the same memorandum as in *People v Castor* (99 AD3d 1177 [2012]). Present—Scudder, P.J., Smith, Fahey and Peradotto, JJ.